IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alina Brio, | No. CV 21-526-TUC-JAS (MSA) |
| Plaintiff, | **ORDER** |
| vs. | |
| Conduent Care Management, Inc., et al. | |
| Defendants. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Aguilera.

A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Aguilera's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows: (1) Magistrate Judge Aguilera's Report and Recommendation (Doc. 18) is accepted and adopted; (2) The motion to compel arbitration/dismiss (Doc. 9) is granted; (3) The parties shall promptly submit their dispute to arbitration pursuant to the Dispute Resolution Policy and Rules; (4) This case is dismissed

without prejudice and the Clerk of the Court shall enter judgment and close the file in this case.

Dated this 14th day of December, 2022.

_____
Honorable James A. Soto
United States District Judge